```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21828
   EARLDEAN BOYKIN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3648


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/20/2007 and was not confirmed.

     The case was dismissed without confirmation 02/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

DAIMLER CHRYSLER FINANCI  SECURED NOT I    38787.21           .00           .00
COUNTRYWIDE HOME LENDING  CURRENT MORTG        .00            .00           .00
COUNTRYWIDE HOME LENDING  MORTGAGE ARRE    29000.00           .00           .00
LITTON LOAN SERVICING     CURRENT MORTG        .00            .00           .00
LITTON LOAN SERVICING     SECURED NOT I    19095.17           .00           .00
LITTON LOAN SERVICING     CURRENT MORTG        .00            .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE     8000.00           .00           .00
LITTON LOAN SERVICING     CURRENT MORTG        .00            .00           .00
LITTON LOAN SERVICING     SECURED NOT I        .00            .00           .00
WORLD FINANCIAL NETWORK   SECURED            800.00           .00           .00
AMERICAN EXPRESS          UNSEC W/INTER NOT FILED             .00           .00
BARONS CREDITORS SERVICE  UNSEC W/INTER NOT FILED             .00           .00
CAPITAL ONE               UNSEC W/INTER     1973.91           .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    31683.05           .00           .00
ER SOLUTIONS INC          UNSEC W/INTER NOT FILED             .00           .00
GREAT AMERICAN FINANCE    UNSEC W/INTER NOT FILED             .00           .00
HSBC                      UNSEC W/INTER NOT FILED             .00           .00
NICOR                     UNSEC W/INTER NOT FILED             .00           .00
RWDS660 DSB               UNSEC W/INTER NOT FILED             .00           .00
CAVALRY INVESTMENTS       UNSEC W/INTER    71862.34           .00           .00
DAKOTA STATE BANK         UNSEC W/INTER      409.66           .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER      244.03           .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER     1222.41           .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER       51.97           .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER      464.96           .00           .00
DYCK O NEAL INC           CURRENT MORTG        .00            .00           .00
DYCK O NEAL INC           SECURED NOT I    10683.48           .00           .00
DOLLIE I WARREN REED      DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21828  EARLDEAN BOYKIN
```

```
TRUSTEE                                                    .00

PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                             .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 05/23/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE